**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14-cv-01843-RM-KLM

ZAO EVALAR,

    Plaintiff,

v.

WORLD INDUSTRIES, LLC, d/b/a World Supplements,

    Defendant.

---

**ORDER ON
"MOTION TO IMMEDIATELY STAY ALL DISCLOSURE AND DISCOVERY IN THIS
ACTION PENDING THE FORTHWITH RESOLUTION OF THIS MOTION"
(ECF NO. 27)**

---

THIS MATTER is before the Court on "Defendant World Industries, LLC's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and to Compel Arbitration or Alternatively, to Compel Arbitration and Stay this Action and Motion to Immediately Stay All Disclosure and Discovery in this Action Pending the Forthwith Resolution of this Motion" ("Motion") (ECF No. 27). Upon consideration of the Motion, the Court finds the two motions contained therein should be addressed separately. "Defendant World Industries, LLC's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and to Compel Arbitration or Alternatively, to Compel Arbitration and Stay this Action" ("Motion to Dismiss") (ECF No. 27) will be addressed by separate order after it is fully briefed. As to Defendant's "Motion to Immediately Stay All Disclosure and Discovery in this Action Pending the Forthwith Resolution of this Motion," upon consideration of the Court file and applicable rules and case law, and finding good cause, it is

**ORDERED** that Defendant's "Motion to Immediately Stay All Disclosure and Discovery in this Action Pending the Forthwith Resolution of this Motion" (ECF No. 27) is granted in part as follows:

1. Plaintiff's Response to the Motion to Dismiss is due by Monday, October 6, 2014;

2. Defendant's Reply in support of its Motion to Dismiss is due by Friday, October 17, 2014; and

3. The Scheduling Order (ECF No. 24) is amended to extend the deadline for the parties' Rule 26(a)(1) disclosures from October 1, 2014 to October 31, 2014; and

**FURTHER ORDERED** that separate motions shall be made in separate documents and shall not be combined into one document.

DATED this 25th day of September, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge