**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14-cv-01843-RM-KLM

ZAO EVALAR,

    Plaintiff,

v.

WORLD INDUSTRIES, LLC, d/b/a World Supplements,

    Defendant.

---

**ORDER GRANTING
DEFENDANT'S MOTION TO DISMISS AND TO COMPEL ARBITRATION
(ECF NO. 27)
AND DISMISSING CASE WITHOUT PREJUDICE**

---

THIS MATTER is before the Court on Plaintiff's "Notice of Withdrawal of Opposition to Motion to Dismiss and to Compel Arbitration" (ECF No. 33), withdrawing its opposition (ECF No. 31) to Defendant's Motion to Dismiss and to Compel Arbitration ("Motion") (ECF No. 27), and consenting to a dismissal of this action without prejudice in favor of arbitration in Russia.  Defendant has counterclaims pending, but its Motion sought arbitration of not only Plaintiff's claims but also its counterclaims.   Upon consideration of the foregoing, and being otherwise fully advised, it is

**ORDERED** that Defendant's Motion (ECF No. 27) is **GRANTED**.  Plaintiff's Complaint, Defendant's counterclaims, and this entire action are hereby dismissed without prejudice so that the parties may arbitrate their claims and counterclaims in accordance with their Agreement (ECF No. 27-1).

DATED this 29th day of October, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge